IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
FEB 20 2009

Brooks, Brandon L.
_____

_____

Plaintiff/Petitioner(s),

-vs-

Jackson County
C'dale P.D.
States Attorney
_____

Defendant/Respondent(s).

Docket No. 09-138-JPG
(To be supplied by the Clerk)

[X] CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

[ ] CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

[X] CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

I. JURISDICTION

A. Plaintiff's mailing address and/or register number and present place of confinement.
P.O. Box 711
Menard, IL 62259

B. Defendant Carbondale Police Dept is employed as
(Name of First Defendant)
Carbondale Police
(Position/Title)
with Carbondale Jackson County
(Employer's Name and Address)
C.P.D 700 E. College

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?
Yes [X]    No ( )
If your answer is "yes", briefly explain: They are police officers

Rev. 2/00

C. Defendant _____ is employed as
(Name of Second Defendant)

_____
(Position/Title)

with _____
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

      Yes ( )      No ( )

If your answer is "yes", briefly explain:

_____
_____
_____

D. Using the outline of the form provided, include the above information for any additional defendant(s).

_____
_____
_____
_____
_____
_____

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

      Yes (X)      No ( )

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

I've filed several but have heard nothing back ever since Benton Court sent my cases to E. ST. L US Court. For Police Harassment (There 23 arrest of 1 conviction) Entrapment, Mental Stress, Unnecessary use of force, false arrest, wrongful imprisonment, ect... I'm filling each seprate but will accept relief as 1 for all

1. Parties to previous lawsuits:
   Plaintiff(s) Brandon Brooks

   Defendant(s) Jackson County

2. Court (if Federal Court, name the District; if State Court, name the County)
   Benton U.S. Fed. Court sent it to E. St. Louis

3. Docket number 09-72-GPM

4. Name of Judge to whom case was assigned Unknown

5. Type of case (for example Was it a Habeas Corpus or Civil Rights action?)
   Civil

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Still pending

7. Approximate date of filing lawsuit I filed all originally Nov, 07'

8. Approximate date of disposition

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? Yes

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (X)   No ( )

C. If your answer is "yes",
   1. What steps did you take? As soon as I was released I went to City Hall Civic Center and filed a complaint I've done this about most of the bogus accusations against me by Carbondale Police

   2. What was the result? Nothing. One time they sent a Carbondale police officer to investigate a complaint I made against another Carbondale police officer

D. If your answer is "no", explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? Yes ( )   No ( )

F. If your answer is "yes",
 1. What steps did you take? _____
 _____
 _____

 2. What was the result? _____
 _____
 _____

G. If your answer is "no", explain why not. _____
_____
_____
_____

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: I recieved None. They never even gave me a discovery for this case.

IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.** Additionally, attach any relevant, supporting documentation.

On May 13th 2007 I was at a night club called SIN. I guess there was a fight in the club because when I came out, Carbondale Police Officers rushed me and grabbed me, searched me then took me to the ground saying I was resisting. That's when my little brother tried to help me & they slammed him to the ground to. When they got me to the station they said a black guy with a black multi colored shirt had a gun inside the club. I fit the description. I told them I did not have a gun and if I did where would I put it y'all searched me before I even got in the club. The SGT. said "lock his ass up." They took me to Jackson County Jail for possession of a firearm where

the case was thrown out at the Preliminary Hearing. The police interviewed no witnesses. Everybody around me was screaming at the top of their lungs. I didn't do anything. I wasn't even around whatever was going on. This is just plain harassment by the police.

V.  REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

I'm seeking $500,000⁰⁰ plus Att fees & Court Cost for each suit combind. and 100 dollars a day for every day spent in jail

VI.  JURY DEMAND *(check one box below)*

The plaintiff does ☒   does not ☐   request a trial by jury. *(See Fed.R.Civ.P. 38.)*

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 28 day of January, 2009.

_____
Signature of Plaintiff

_____
Signature of attorney, if any

Rev. 2/00

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF ILLINOIS

Brandon Brooks
            Plaintiff,

v.

Jackson County
Carbondale Police
            Defendants.

No. _____

The Honorable

_____,
Judge Presiding.

NOTICE OF FILING

TO:
United States Southern District
750 Missouri Ave
East St. Louis, Illinois, 62202

PLEASE TAKE NOTICE that on or before the 28 day of January, 2009, I shall file with the Clerk of the U.S. District Court For The Southern District of Illinois, the attached Plaintiff's 3 lawsuit claims 3 Formas Pauperis forms and 3 appointment of attorney forms for 3 different claims a copy of which is hereby served upon you.

By: Brandon Brooks
Register Number B86580
Post Office Box 711,
Menard, Illinois  62259

CERTIFICATE OF SERVICE

I, Brandon Brooks , being duly sworn aver that I have served copies of the foregoing to the person named above by placing such copies in the U.S. Mailbox at the Menard Correctional Center on the ____ day of _____, ____; postage prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

Brandon Brooks
Affiant